Argued September 21, affirmed without opinion
September 28, 1972

STATE OF OREGON, *Respondent, v.*
THOMAS T. DOWD, *Appellant.*

501 P2d 72

*Agnes Marie Petersen,* St. Helens, argued the cause for appellant. With her on the brief were VanNatta & Petersen, St. Helens.

*John W. Burgess,* Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.